1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Joe Espinoza,

          Plaintiff,

   v.

Wells Fargo Bank, N.A., et al.,

          Defendants.

NO. C 09-04111 JW

**JUDGMENT**

     Pursuant to the Court's January 14, 2010 Order of Dismissal Pursuant to Fed. R. Civ. P. 41(b), judgment is entered in favor of Defendants Wells Fargo Bank, N.A., First American Loanstar Trustee Services, and Bank of America, National Association, against Plaintiff Joe Espinoza.

     Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated:  January 14, 2010

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Nicole Kimberly Neff nneff@wrightlegal.net
T. Robert Finlay rfinlay@wrightlegal.net
Tracy Lee Wood tracyleewood@yahoo.com

**Dated:  January 14, 2010**                                 **Richard W. Wieking, Clerk**


**By:**___**/s/ JW Chambers**_____
          **Elizabeth Garcia**
          **Courtroom Deputy**